# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-0425

_____

DEANGELO M. WOODS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

September 8, 2021

PER CURIAM.

DISMISSED.

B.L. THOMAS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Deangelo M. Woods, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.